**STATE of Missouri, Respondent,**

v.

**Billy Joe THOMAS, Appellant.**

**Billy Joe THOMAS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42994.**

Missouri Court of Appeals,
Western District.

Sept. 17, 1991.

Raymond L. Legg, Columbia, for appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and BERREY and HANNA, JJ.

## ORDER

PER CURIAM.

Appeal from a conviction for stealing, third offense, § 570.030, RSMo 1986, and § 570.040, RSMo 1986. Affirmed. Rule 30.25(b).

Appeal from the denial of appellant's Rule 29.15 post-trial motion to vacate. Affirmed. Rule 84.16(b).